# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 17, 2022

VIA ECF AND E-MAIL

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Adrian McKenzie*, 22-cr-00314-1 (CS)

Dear Honorable Judge Seibel:

I am writing regarding the above captioned matter to request an adjournment of the sentencing currently scheduled for September 2, 2022, at 10:15 a.m. for approximately 30 days from that date.

The parties are still awaiting the final pre-sentence report, which I expect will be issued this week. However, my sentencing submission is due in two days, on Friday, August 19, 2022. I was hoping to have time to review the final report and brief any outstanding objections in my sentencing submissions. I expect that if the final report is issued this week, a 30-day adjournment of the sentencing will provide me approximately two weeks to review the final PSR and address any outstanding objections. In addition, I received yesterday additional records I had requested on Mr. McKenzie's behalf, and I would like to have time to review those documents to see if they are relevant to my sentencing arguments.

I have reached out to Assistant United States Attorney Jeffrey Coffman, and he has no objection to this request. Therefore, I respectfully request that Mr. McKenzie's sentencing be adjourned for approximately 30 days.

Sincerely,

Elizabeth K. Quinn
Counsel for Adrian McKenzie

cc: AUSA Jeffrey Coffman (via e-mail)

Sentencing adjourned to October 19, 2022 at 11:30 am.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.   08/17/2022